# Third District Court of Appeal

## State of Florida

Opinion filed July 09, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D13-143
Lower Tribunal No. 02-18540
_____

**Scott Portman, etc.,**
Appellant/Cross-appellee.

vs.

**Donald Allen Horwitz,**
Appellee/Cross-appellant.


An Appeal from the Circuit Court for Miami-Dade County, Joel H. Brown, Judge.

Scott Portman, in proper person.

Greene Smith & Associates, P.A., and Cynthia L. Greene; and Kutner & Associates, P.A., and Maurice Jay Kutner, for appellee/cross-appellant.


Before WELLS, ROTHENBERG and SCALES, JJ.

ROTHENBERG, J.

Scott Portman, as Assignee and Residuary Beneficiary of the Estate of Denise Reale f/k/a Denise Horwitz ("the former wife"), appeals the portion of the trial court's order denying the former wife's motion for attorney's fees incurred in unsuccessfully pursuing a modification of her alimony award. Donald Allen Horwitz ("the former husband") cross-appeals the portion of the trial court's order denying his motion for attorney's fees pursuant to section 57.105, Florida Statutes (2013). Because we find that the trial court did not err or abuse its discretion as to either ruling, we affirm the order as it relates to both the former wife's and the former husband's motions for attorney's fees.

Affirmed.